McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES J. ROUDEBUSH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01905-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint will be extended by 32 days, from May 3, 2018 until June 4, 2018.

This is Defendant's first request for an extension of time to respond to Plaintiff's complaint. Defendant respectfully requests this additional time because additional time is needed to prepare the administrative record.

The parties further stipulate that the briefing schedule shall be modified accordingly:

- Within thirty (31) days after filing of the answer, on or before July 5, 2018, Plaintiff shall file a motion for summary judgment and/or remand;

- Defendant shall file an opposition to Plaintiff's motion within thirty (32) days after service of Plaintiff's motion for summary judgment, on or before August 6, 2018.
- Appellant's reply brief shall be filed with the court and served on respondent within twenty (21) days after service of Defendant's opposition, on or before August 27, 2018.

Respectfully submitted,

Dated:  May 1, 2018          */s/ John A. Aberasturi*
                                             (*as authorized via e-mail on 5/1/18)
                                             JOHN A. ABERASTURI
                                             Attorney for Plaintiff

Dated: May 1, 2018          McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                 By:     */s/ Marcelo Illarmo*
                                             MARCELO ILLARMO
                                             Special Assistant United States Attorney

                                             Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  May 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE