JOHN A. ABERASTURI, ESQ.
(SBN 103993)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FRANCES J. ROUDEBUSH,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Commissioner, Social Security
Administration,

    Defendant.
_____/

CASE NO:    2:17-cv-01905-CKD

STIPULATION AND ORDER FOR
EXTENSION TO FILE MOTION
FOR REMAND

    Plaintiff and Defendant, acting by and through their counsel, hereby stipulate and agree,

that Plaintiff FRANCES J. ROUDEBUSH shall have up to and including **Friday, August 31,**

**2018,** to file her Motion for Remand and/or Reversal regarding the above-mentioned case.

    DATED this 12th day of June, 2018.

                                      ERICKSON, THORPE & SWAINSTON, LTD.
                                      P.O. Box 3559
                                      Reno, NV 89505

                                      BY:_____/s/ John A. Aberasturi
                                            JOHN A. ABERASTURI, ESQ.
                                            Attorneys for Plaintiff

    DATED this 12th day of June, 2018.

                                      UNITED STATES ATTORNEY

Assistant Regional Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105


BY:       /s/ Marcello Illarmo
        MARCELLO ILLARMO, ESQ.
        Attorneys for Defendant

\* \* \* \* \* \* \*

## **ORDER**

Having considered the within Stipulation for extension of time to file Motion for Remand and/or Reversal, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff FRANCES J. ROUDEBUSH shall have up to and including **Friday, August 31, 2018**, to file her Motion for Remand and/or Reversal in the above-captioned case.

Dated: June 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE