McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES J. ROUDEBUSH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01905-CKD<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from October 1, 2018 to October 15, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel is temporarily ill.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly: Plaintiff's optional reply will be due within 21 days of the filing of Defendant's brief (on or before November 5, 2018).

|   |                              |                                                                 |
|---|------------------------------|-----------------------------------------------------------------|
| 1 |                              | Respectfully submitted,                                         |
| 2 | Dated: September 26, 2018    | */s/ John Aberasturi\**                                         |
| 3 |                              | (*as authorized via e-mail on 9/26/18)                          |
| 4 |                              | JOHN ABERASTURI                                                 |
| 5 |                              | Attorney for Plaintiff                                          |

Dated: September 26, 2018		McGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Acting Regional Chief Counsel, Region IX
					Social Security Administration

			By:	*/s/ Marcelo Illarmo*
				MARCELO ILLARMO
				Special Assistant United States Attorney

				Attorneys for Defendant


## ORDER

APPROVED AND SO ORDERED.

Dated: September 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE